United States District Court
For The District of Columbia

Donald T Jones,
   Petitioner

Vs.

John Caulfield (Warden/CTF)
U.S. Parole Commission, Et, Al

**FILED**
MAR 27 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case: 1:07-cv-00585
Assigned To : Urbina, Ricardo M.
Assign. Date : 03/27/2007
Description: JONES v. JOHN CAULFIELD, WARDEN, et al.,

GRANTED 3/8/07
U.S. District Judge

## Motion to Proceed in Forma Paupis

Come now, Petitioner respectfully prays that this Honorable court grant him leave to proceed in forma paupis. In support of this request Petitioner state the following facts.

(1) Petitioner have no income
(2) Petitioner do not own a car or home
(3) Petitioner do not have a bank account
(4) Petitioner do not own any property or any type of real estate.

Petitioner states under the penalty of perjury that all of the above stated facts are true.

**RECEIVED**
FEB 13 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully Submitted
Donald T. Jones
Donald T. Jones #159-775
1-5-07

2