UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

APR 2 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Donald T. Jones,   )
                   )
     Petitioner,   )
                   )
v.                 )    Civil Action No. 07-585
                   )
John Caulfield, et al.,  )
                   )
     Respondents.  )

## ORDER DIRECTING RESPONDENTS TO SHOW CAUSE

It is this 2nd day of April 2007,

ORDERED that respondent, by counsel, shall, within 60 days of service of a copy of this Order and the Petition for Writ of Mandamus, file with this Court and serve on the petitioner a statement showing why the writ should not issue.

The Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshals Service for the purpose of making service of same on the petitioner's warden, the United States Attorney for the District of Columbia, and the United States Parole Commission.

_____
United States District Judge